**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | Case No: 20-43669-399 |
| ) | |
| FRANKLIN WILSON ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |

**TRUSTEE'S OBJECTION TO APPLICATION FOR ADDITIONAL ATTORNEY'S FEES**

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to the application dated January 29, 2021, for additional attorney fees filed by THE POWDERLY LAW FIRM LLC in the amount of $1,100.00 states as follows:

1. Pursuant to the Surpreme Court's decision in Harris v. Viegelahn, upon converstion of a Chapter 13 case to Chapter 7 the Trustee must turn over any remaining funds to the debtor or the Chapter 7 Trustee. The Chapter 13 Trustee may not pay any fees that would be allowed in the post-conversion order.

Dated: February 01, 2021
OBJFEEAPP--MF

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on February 01, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 01, 2021.

FRANKLIN WILSON
2360 WHEATFIELD DR
FLORISSANT, MO 63033

/s/ Diana S. Daugherty
Diana S. Daugherty